UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRENT CRUCETA,                                         **AFFIRMATION OF SERVICE**

                          Plaintiff,

                                                            10-CV-5059 (FB) (JO)

-versus-

THE CITY OF NEW YORK, et. al.,

                        Defendants.
------------------------------------------------------------X

Robert M. Quackenbush, an attorney duly licensed to practice law in the courts of the State of New York, deposes and says:

I am over 18 years of age and am not a party to this action.

On November 3, 2010, at approximately 12:55 p.m., at 100 Church Street, 4th Floor, I served a **Summons** and **Complaint** upon **THE CITY OF NEW YORK**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, *to wit*, Dmitry Aronov.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

| | | |
|---|---|---|
| Sex: Male | Race: Caucasian | Hair: Grey |
| Approx Age: 55 | Approx. Height: 6'0" | Approx Weight: 180 lbs. |

Dated:      New York, New York
               November 3, 2010

                                                          By: _/s/ Robert M. Quackenbush_
                                                                Robert M. Quackenbush